# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Unitrin Auto and Home
Insurance Company ,

    Plaintiff(s),

vs.

Alex Bastida, Rosie Bastida,
and BMW Insurance Services,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv217

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/09 Order.

    Signed: October 26, 2009

Frank G. Johns, Clerk
United States District Court